FILED
NOV - 7 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SEP 2 2

06cv2068-IEG(AJB)

| | |
|---|---|
| NORMA MERRELL, et al.,<br><br>                            Plaintiff,<br>vs.<br><br>A. DENNIS LAMBERT; ROBERT RIDES AT THE DOOR, a.k.a. ROBERT "SMOKEY" DOORE, a.k.a. ROBERT J. DOORE, SR., et al.,<br><br>                            Defendant. | CASE NO. 06mc581-IEG-AJB<br><br>Order Directing Clerk to Assign Civil Case Number; Assign Magistrate Judge; Terminate Miscellaneous Case |

Upon review of the petition filed in this case, the Clerk is hereby directed to assign this case a civil case number, randomly assign a magistrate judge, and terminate this miscellaneous case.

**IT IS SO ORDERED.**

DATED: September 22, 2006

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court

- 1 -

06mc581